8

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 2 7 1998

Michael N. Milby
Clerk of Court

United States of America §
§
§
versus §  CIVIL ACTION B-97-201
§
§
Pete M. Arenivo, III. §
§

# Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on 27th August, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge